1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ARRON THOMAS SIMMONS,                No.  2:21-cv-0242 KJM AC P

12              Plaintiff,

13        v.                              ORDER

14   SHASTA COUNTY DISTRICT
     ATTORNEY, et al.,
15
              Defendants.
16

17        Plaintiff has requested the appointment of counsel.  ECF No. 11.  The United States

18   Supreme Court has ruled that district courts lack authority to require counsel to represent indigent

19   prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

20   certain exceptional circumstances, the district court may request the voluntary assistance of

21   counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.

22   1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

23        "When determining whether 'exceptional circumstances' exist, a court must consider 'the

24   likelihood of success on the merits as well as the ability of the [plaintiff] to articulate his claims

25   *pro se* in light of the complexity of the legal issues involved.'"  Palmer v. Valdez, 560 F.3d 965,

26   970 (9th Cir. 2009) (quoting Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983)).  The burden

27   of demonstrating exceptional circumstances is on the plaintiff.  Id.  Circumstances common to

28   most prisoners, such as lack of legal education and limited law library access, do not establish

                                          1

1  exceptional circumstances that would warrant a request for voluntary assistance of counsel.

2       In light of the pending recommendation that this action be dismissed without leave to

3  amend for failure to state a claim, ECF No. 6, it does not appear that plaintiff has any likelihood

4  of success on the merits and appointment of counsel is therefore not warranted.

5       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

6  counsel, ECF No. 11, is DENIED.

7  DATED: March 24, 2021

8

ALLISON CLAIRE
9                                         UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2